IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Date: Friday, January 23, 2009

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Represented by Joe Volpe for John Ray White | Judge James M. Moody<br>Court Reporter: Karen Baker<br>Clerk:  Donna Jackson<br>USPO: Tiffani Compton |
| vs.    Case 4:03cr00028-01<br>         Case 4:07cr00119-01 | |
| RONRICO A. CRUTCHFIELD<br>    Represented by Chris Tarver | |

CLERK'S MINUTES - Supervised release revocation hearing
DE's #47 & 52 in 4:03cr28 and DE's #29 & 35 in 4:07cr119

Time began:   10:00 a.m.

Defendant appeared with counsel.

Court reviews history.

Defendant admits to violations as contained in petitions.

Statement in mitigation by counsel and defendant.

Response by USA

The Court grants USA's motions to revoke supervised release.

JUDGMENT:
**4:03cr28**: 8 months imprisonment to run concurrent to sentence imposed in 4:07cr119.

**4:07cr119**: 8 months imprisonment to run concurrent to sentence imposed in 4:03cr28. $100 special assessment

Defendant advised of right to appeal.

Defendant to remain on same conditions pending his report date of March 23, 2009.

RECESS:   10:22 a.m.